112

| U.S. Department of Justice<br>Washington, D.C.<br>11/13/2019/aa | Criminal Docket |
|---|---|

| McALLEN Division | CR. No. **M-19-2339** |
|---|---|
| **SEALED INDICTMENT** Filed: November 19, 2019 | Judge: **RICARDO H. HINOJOSA** |
| County: Hidalgo | |
| Lions #: **2019R30164** | Attorneys: |
| UNITED STATES OF AMERICA | RYAN K. PATRICK, UNITED STATES ATTORNEY |
| v. | AMY L. GREENBAUM, ASST. U.S. ATTORNEY |
| JAYSON CATALAN --WARRANT-- | Ct. 1 |

Charge(s):  Ct. 1:  Bribery: Public Official Accepting a Bribe
            Title 18, United States Code, Section 201(b)(2)(C) and Title 18, United States Code, Section 2

Total Counts (1)

Penalty:  Ct. 1:  Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:  Office of Inspector General - Rose Medina - 2019-003409

Proceedings

Date