# FEDERAL PUBLIC DEFENDER

*Southern District of Texas*
Bentsen Tower
1701 W. Business Highway 83, Suite 405
McAllen, Texas 78501

| | |
|---|---|
| **FEDERAL PUBLIC DEFENDER:**   MARJORIE A. MEYERS | **Telephone:**   (956) 630-2995 |
| **BRANCH CHIEF:**   MIGUEL A. A. NOGUERAS | **Fax:**   (956) 631-8647 |

January 28, 2020

**ATTENTION:** ALEX DE LA GARZA

**SUBJECT:** **GUILTY PLEA**

The following individual is ready to plead guilty. Please set up for re-arraignment as soon as possible, at the Court's convenience. Final Pretrial is set for February 3, 2020 at 9:00 a.m. and Jury Selection is set for February 4, 2020 at 9:30 a.m. before the Honorable Judge Ricardo H. Hinojosa.

M-19-2339         Jayson Catalan
                  AUSA: Amy Greenbaum
                  Deft. P/G to Single Count
                  Bribery - 18 U.S.C. § 201 (b)(2)(C), Sections 2

Respectfully,

s/ Ruben Peña, Jr.
RUBEN PEÑA, JR.
Assistant Federal Public Defender

RP:cm
ECF: AUSA: Amy Greenbaum