# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 7:19−cr−02339

Jayson Catalan

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 3/2/2020

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:  February 28, 2020

David J. Bradley, Clerk